**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **K.O., an individual,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 4:22-cv-11450-FKB-DRG |
| | ) | |
| v. | ) | Hon. F. Kay Behm |
| | ) | |
| **FARMINGTON HOSPITALITY, INC.,** | ) | |
| **D/B/A FAIRFIELD INN & SUITES** | ) | |
| **DETROIT FARMINGTON HILLS and** | ) | |
| **AKRAM NAMOU,** | ) | |
| Defendants. | ) | |
| | ) | |

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

The parties having stipulated and agreed, and the court being fully advised in the premises;

IT IS HEREBY ORDERED that pursuant to FRCP 41(a)(2) the above-entitled matter be dismissed as to Defendants Akram Namou and Farmington Hospitality, Inc., d/b/a Fairfield Inn & Suites Detroit Farmington Hills, with prejudice and without costs.

This Order resolves the last pending claim and closes the case.

IT IS SO ORDERED.


Dated: September 4, 2025                          s/F. Kay Behm
                                                 F. Kay Behm
                                                 United States District Judge


IT IS HEREBY STIPULATED:

/s/ *Brian J. Perkins*                          /s/ *Christopher D. Morris*
Brian J. Perkins                                Christopher D. Morris
Peiffer Wolf Carr Kane Conway & Wise, LLP       Lewis, Reed & Allen
555 Montgomery Street, Suite 820                136 Eat Michigan Ave., Suite 800
San Francisco, California 94111                 Kalamazoo, MI  49007
(415) 766-3544                                  (269) 388-7600
bperkins@peiferwolf.com                         cmorris@lewisreedallen.com

Attorney for Plaintiff                          Attorney for Defendant